IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_Northern_ DIVISION

2018 JUN 20 A 11:47
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

HUBERT BEND, JR
9015 MILLICAN TRAIL
MONTGOMERY, AL 36117
PLAINTIFF

v.

CASE ACTION NO.: 2:18-cv-593-MHT-WC

R. ALEXANDER ACOSTA
SECRETARY
DEPARTMENT OF LABOR
DEFENDANT

JURY DEMAND (MARK ONE)

☒ YES   ☐ NO

**EEOC COMPLAINT**

1. Plaintiff resides at 9015 MILLICAN TRAIL MONTGOMERY, AL 36117

2. Defendant(s)' name(s) R. ALEXANDER ACOSTA

   Location of principal office(s) of the named defendant(s) OFFICE OF INTERNAL ENFORCEMENT, CIVIL RIGHTS CENTER RM N4123, WASHINGTON, DC 20210

   Nature of defendant(s)' business GOVERNMENT AGENCY, DEPARTMENT OF LABOR, WAGE & HOUR

   Approximate number of individuals employed by defendant(s) 500

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employement discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 §2000e-5(g).

4. The acts complained of in this suit concern:

   1. __ Failure to employ me.
   2. __ Termination of my employment.
   3. __ Failure to promote me.
   4. ☒ Other acts as specified below: TITLE I OF THE AMERICANS WITH DISABILITY ACT (ADA) FAMILY MEDICAL LEAVE ACT (FMLA)

5. Plaintiff is:
   A. ___ Presently employed by the defendant.
      X  Not presently employed by the defendant. The dates of employement were
      __SEP 01 – APR 16__ Employment was terminated because:

      (1) ___ Plaintiff was discharged.
      (2) ___ Plaintiff was laid off.
      (3) X  Plaintiff left job voluntarily.

6. Defendant(s)' conduct is discriminatory with respect to the following:

   A. ___ My race.
   B. ___ My religion.
   C. ___ My sex.
   D. ___ My national origin.
   E. X  Other, as specified below: __DISABILITY__

7. The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are) SUNG CHU, ASIAN MALE, ASST. DISTRICT DIRECTOR, ERIC WILLIAMS, BLACK, MALE, DISTRICT DIRECTOR, FRANK MCGRIGGS, BLACK, MALE, DEPUTY ADMINISTRATOR, WAYNE KOTOWSKI, WHITE, MALE, REGIONAL ADMINISTRATOR

8. The alleged discrimination occurred on or about __14 JUL 15 – DEC 15__.

9. The nature of my complaint, i.e., the manner in which the individual(s) named above discriminated against me in terms of the conditions of my employment, is as follows:
   VIOLATED RIGHTS UNDER THE ADA BY DENYING LEAVE AS A RESONABLE ACCOMMODATION ERIC WILLIAMS DID DIRECT SUNG CHU TO NOT PARTICIPATE IN THE INTERACTIVE PROCESS.

   RIGHTS VIOLATED UNDER FMLA

   SEE ATTACHED NOTES

10. The alleged illegal activity took place at ATLANTA AREA OFFICE, ATLANTA REGIONAL OFFICE

#9 CONT'D

COMPLAINT:

AGENCY DISCRIMINATED against me under the AMERICAN with DISABILITY ACT (ADA) by Denying MY REQUEST FOR REASONABLE ACCOMMODATION.

AGENCY DISCRIMINATED against ME BY DIRECTING MANAGEMENT NOT TO PARTICIPATE IN THE INTERACTIVE PROCESS.

AGENCY Discriminated against ME BY DENYING RIGHTS Protected by the FAMILY MEDICAL LEAVE ACT (FMLA) by Directing MANAGEMENT NOT TO PARTICIPATE IN THE INTERACTIVE PROCESS.

11. I filed charges with the Equal Employment Opportunity Commission regarding defendant(s)' alleged discriminatory conduct on or about ___JAN 2016___.
I have attached a copy of the Notice-of-Right-to-Sue letter issued by the Equal Employment Opportunity Commission. The letter was received by me on _15 Jun 18_.

12. I seek the following relief:

    A. _X_ Recovery of back pay.
    B. _X_ Reinstatement to my former job, and any other relief as may be appropriate, including injunctive orders, damages, costs, and attorneys fees.

Date: _19 June 2018_

_Michael Bend Jr_
Signature of Plaintiff

_9015 Millican Trail_
_Montgomery, AL 36117_
_4233859305_
Address & Telephone Number of Plaintiff