**U.S. Department of Labor**  Office of the Assistant Secretary
for Administration and Management
Washington, D.C. 20210



Sent by UPS No.1ZWR1904A291995137

NOV 30 2017

Hubert Bend
9015 Millican Trail
Montgomery, AL 36117

CRC Case No. 16-04-039
EEOC Case No. 410-2017-00050X
OFO Docket No. 0120180316

Dear Mr. Bend:

As the Departmental official designated by the Secretary of Labor to make agency decisions in cases alleging discrimination under the Equal Employment Opportunity (EEO) Program, I hereby issue the Agency's final action on your aforementioned complaint pursuant to 29 C.F.R. 1614.110(a). The Civil Rights Center (CRC) received the enclosed decision on November 1, 2017.

Pursuant to your request for a hearing before an Equal Employment Opportunity Commission (EEOC) Administrative Judge (AJ), AJ Timothy G. Hagan issued a final decision on September 8, 2017. AJ Hagan found in favor of the Agency and granted its motion for a decision without a hearing. A decision without a hearing is appropriate when the available evidence establishes no genuine issue as to any material facts or that any contested issues of credibility exist. 29 C.F.R. §1614.109(e)(3). Accordingly, the AJ found that based upon careful review of the entire record, including arguments and evidence not specifically addressed therein, the matter is appropriate for a summary judgement.

This is the Agency's final action on your complaint. Our records indicate that an appeal of the AJ's decision was filed with the EEOC's Office of Federal Operations on October 24, 2017.

Should you have any questions on this matter, please contact Jehad Ali, of my staff at Ali.jehad@dol.gov.

Sincerely,

SAMUEL L. RHAMES, JR
Chief, Office of Internal Enforcement
Civil Rights Center

Enclosures

cc:

| | |
|---|---|
| AJ Timothy G. Hagan<br>Atlanta District Office<br>100 Alabama Street, SW, Suite 4R30<br>Atlanta, Georgia 30303 | Sent by UPS No. 1ZWR1904A293256146 |
| Betty Lopez<br>WHD Workplace Equality Compliance Office (WECO) | Sent by Interoffice Mail |
| Jonathan Hoffmeister, Esq.<br>U.S. Department of Labor<br>*Agency Representative* | VIA Email: Hoffmeister.Jonathan@dol.gov |