IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HUBERT BEND, JR., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CIVIL ACTION NO. |
| | : 1:19-CV-4295-JPB-JSA |
| EUGENE SCALIA, Secretary of Labor, | : |
| U.S. Department of Labor, | : |
| | : |
| Defendant. | : |

# **O R D E R**

This action is before the Court upon Plaintiff's Motion to Extend [50] his purported deadline to amend the Complaint. Citing "circumstances created by COVID-19 and related coronavirus," Plaintiff requests that his deadline replead his claim of disability discrimination be extended to June 5, 2020. *See* Mot. to Extend [50]. The deadline Plaintiff appears to be referring to is his deadline to replead his claims in response to one of the Secretary's Motions to Dismiss [23].

Plaintiff is advised, however, that he has already repleaded his claims and the Secretary has already responded to his Amended Complaint. *See* [35][46]. As such, Plaintiff is not currently subject to any obligation to amend his pleadings and no

deadline for such action exists for the Court to extend. Accordingly, the Motion to Extend [50] is **DENIED as moot**.

**IT IS SO ORDERED** this 28th day of May, 2020.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE